**SEALED**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 04-CR-10115-RCL |
| v. | ) VIOLATIONS: |
| 1. SPENCER GRAY, | ) 21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base |
| 2. KARL LAWRENCE PRESCOTT, and | ) 18 U.S.C. § 2 -- Aiding and Abetting |
| 3. KEVIN VICKERS, a/k/a "KELVIN VICKERS," | ) 21 U.S.C. § 860(a) - Playground Zone Violation |
| Defendants. | ) |

## INDICTMENT

COUNT ONE:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation)

The Grand Jury charges that:

On or about July 8, 2003, at Boston, in the District of Massachusetts,

   3.   KEVIN VICKERS, a/k/a "KELVIN VICKERS,"

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

<u>COUNT TWO</u>:       (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                 Base; 21 U.S.C. § 860(a) -- Playground Zone
                 Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about July 10, 2003, at Boston, in the District of Massachusetts,

        1.   **SPENCER GRAY and**
   3.   **KEVIN VICKERS, a/k/a "KELVIN VICKERS,"**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

**COUNT THREE:**   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about July 29, 2003, at Boston, in the District of Massachusetts,

1.  **SPENCER GRAY,**

defendant herein, did aid and abet another person known to the Grand Jury in knowingly and intentionally possessing with intent to distribute, and in distributing, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

**COUNT FOUR:**    (21 U.S.C. § 841(a)(1) -- **Distribution of Cocaine Base;** 18 U.S.C. § 2 -- **Aiding and Abetting**)

The Grand Jury further charges that:

On or about September 24, 2003, at Boston, in the District of Massachusetts,

                  **1.    SPENCER GRAY,**

defendant herein, and another person known to the Grand Jury, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

<u>COUNT FIVE</u>:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
            Base; 21 U.S.C. § 860(a) -- Playground Zone
            Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about November 6, 2003, at Boston, in the District of Massachusetts,

    1.   **SPENCER GRAY** and
    2.   **KARL LAWRENCE PRESCOTT**,

defendants herein, did, together with another person known to the Grand Jury, knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT SIX</u>:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                   Base; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about November 13, 2003, at Boston, in the District of Massachusetts,

1. **SPENCER GRAY**,

defendant herein, did aid and abet other persons known to the Grand Jury in knowingly and intentionally possessing with intent to distribute, and in distributing, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

COUNT SEVEN:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation)

The Grand Jury further charges that:

On or about November 14, 2003, at Boston, in the District of Massachusetts,

1.   SPENCER GRAY,

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS: April 8, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK  1:39 pm