# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

SCJA 23
Rev. 5/98

IN UNITED STATES   MAGISTRATE   X DISTRICT   ☐ APPEALS COURT or   ☐ OTHER PANEL (Specify below)

IN THE CASE
USA V.S. SPENCER GRAY

FOR
AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

1 X Defendant—Adult
2   Defendant - Juvenile
3   Appellant
4   Probation Violator
5   Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate

District Court
04-10115-RCL

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check   x Felony
21 USC 841                                        ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now   ☑ Yes   ☐ No   ☐ Am Self-Employed
Name and address of employer: Sencia Painting
IF YES, how much do you earn per month? $ 1200 a month
IF NO, give month and year of last employment
How much did you earn per month? $
If married is your Spouse employed?   ☐ Yes   ☑ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☑ No
RECEIVED                SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $

**CASH**
Have you any cash on hand or money in savings or checking accounts?   ☐ Yes   ☑ No   IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☑ No
VALUE                    DESCRIPTION
IF YES, GIVE THE VALUE AND $ DESCRIBE IT

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
☑ SINGLE
   MARRIED
   WIDOWED
   SEPARATED OR DIVORCED
Total No. of Dependents: 2
List persons you actually support and your relationship to them
Kristen Gray
Keara Gray — Father

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent - 450 | | $ 450 | $ 450 |
| Child Support - 125 a month | | $ 125 | $ 125 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)   ▶ /s/ Spencer Gray