AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| UNITED STATES<br>V.<br>SPENCER GRAY<br>KARL PRESCOTT | | | | | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:  04-10115-RCL |
|---|---|---|---|---|---|
| PRESIDING JUDGE<br>BOWLER | | | PLAINTIFF'S ATTORNEY<br>D. TOBIN | | DEFENDANT'S ATTORNEY<br>T. FORD, G. GORMLEY |
| TRIAL DATE (S)<br>4/22/04 | | | COURT REPORTER<br>DIGITAL | | COURTROOM DEPUTY<br>SACCOCCIO |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | DET. MacLAUGHLIN OF THE MILTON POLICE DEPT.; for the Government |
| 1 | | 4/22/04 | X | X | Affidavit |
| 2 | | 4/22/04 | X | X | Map |
| 3 | | 4/22/04 | X | X | Video tape |
| | A | 4/22/04 | X | X | Business card of Donavan Walker |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1       Pages