UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | Criminal No. 04-CR-10115-RCL |
| | ) | |
| **SPENCER GRAY,** | ) | |
| **KARL LAWRENCE PRESCOTT,** | ) | |
| **KEVIN VICKERS** | ) | |
| **Defendants** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of his appearance as government counsel in the above-captioned matter.

                                    Respectfully submitted,
                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                   By:   */s/ David G. Tobin*
                          DAVID G. TOBIN
                          Assistant U.S. Attorney
                          (617) 748-3392

August 26, 2004