UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL DOCKET NO.: 04-10115-RCL

UNITED STATES OF AMERICA )
)
)
v. )
)
SPENCER GRAY )
Defendant )

## DEFENDANT'S MOTION FOR A PRE-PLEA PRESENTENCE REPORT

Now comes the defendant, Spencer Gray, by his attorney and moves this Honorable Court to order a Pre-plea Presentence Report from the Probation Department.

The Defendant further states that it is necessary to determine whether he is in fact safety valve eligible prior to the Defendant pleading guilty.

Respectfully Submitted,
By his attorney,

Thomas J. Ford
141 Tremont Street, Suite 400
Boston, MA 02111
(617) 542-6082
BBO # 174640

Dated: September 16, 2004

    I, Thomas J. Ford, hereby certify that I have mailed a copy, postage pre-paid, of the Defendant's Motion for a Pre-plea Presentence Report to Assistant United States Attorney David Tobin, this ____ day of September, 2004.

                                                  Thomas J. Ford  
                                                  141 Tremont Street, Suite 400  
                                                  Boston, MA 02111  
                                                  (617) 542-6082  
                                                  BBO # 174640