AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF      MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    04-10115-RCL |
| SPENCER GRAY<br>168 RIVER ST., 2ND FL.<br>CAMBRIDGE, MA 02139<br>(Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>1 Courthouse Way<br>Boston, MA 02210 | Room<br>**COURTROOM # 25, 7th FLOOR** |
|---|---|
| | Date and Time<br>**OCTOBER 6, 2004 AT 3:00 P.M.** |
| Before:    **MARIANNE B. BOWLER, U.S. MAGISTRATE JUDGE** | |

To answer a(n)

    Indictment      Information      ComplaintCom    X   Violation      Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:
VIOLATION OF PRETRIAL SUPERVISED RELEASE

_Marianne B. Bowler USMJ_
Signature of Issuing Officer

_Sept. 30, 2004_
Date

MARIANNE B. BOWLER, Ch. U.S.M.J.
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

|  |  |
|---|---|
| Service was made by me on:[1] | Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____    _____
              Date                                                                 Name of United States Marshal

                                                                                              _____
                                                                                              (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.