# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10115-RCL

UNITED STATES OF AMERICA

v.

SPENCER GRAY

KARL LAWRENCE PRESCOTT

KEVIN VICKERS a/k/a
Kelvin Vickers

## *FINAL STATUS REPORT*

November 3, 2004

**BOWLER, Ch. U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1. The Superseding Indictment in the above-entitled case, which charges the defendants with the distribution of cocaine base, was returned on October 28, 2004;

    2. Defendants Spencer Gray, Karl Lawrence Prescott and Kevin Vickers were arraigned on the Superseding Indictment on November 2, 2004;

    3. Defendant Spencer Gray is not in custody on the charges. Defendants Karl Lawrence Prescott and Kevin Vickers are in custody on the charges;

4. At the arraignment, the attorney for the government estimated that the government would call approximately ten witnesses and that the trial would last approximately four days;

5. Defense counsel will file motions to dismiss by November 10, 2004;

6. As of the date of this Final Status Report, time has been excluded through November 10, 2004;

7. This case is hereby returned to the district judge to whom it is assigned.

    /s/   Marianne B. Bowler

**MARIANNE B. BOWLER**
Chief United States Magistrate Judge