UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL DOCKET NO.: 04-10115-RCL

**UNITED STATES OF AMERICA** )
)
)
v. )
)
**SPENCER GRAY** )
**Defendant** )

DEFENDANT'S MOTION, PURSUANT TO FED. R. CRIM. P. 7(d), TO STRIKE SURPLUSAGE FROM THE SUPERSEDING INDICTMENT

Now comes the defendant, Spencer Gray, by his attorney and moves this Honorable Court to strike the "Notice of Additional Factors", as it pertains to Mr. Gray, from the Superseding Indictment as it is improper surplusage.  As grounds for this Motion, defendant relies on the accompanying memorandum of law.

Respectfully Submitted,
Spencer Gray
By his attorney,

_____
Thomas J. Ford
141 Tremont Street, Suite 400
Boston, MA 02111
(617) 542-6082
BBO # 174640

Dated: November 15, 2004