UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL DOCKET NO.: 04-10115-RCL

UNITED STATES OF AMERICA )
                          )
                          )
       v.                 )
                          )
SPENCER GRAY              )
       Defendant          )

ASSENTED TO MOTION OF DEFENDANT, SPENCER GRAY, TO CHANGE RESIDENCE SUBJECT TO A PRIOR HOUSE INSPECTION TO BE CONDUCTED BY PRE-TRIAL SERVICES

Now comes the defendant, Spencer Gray, by his attorney and moves this Honorable Court to allow him to change residences for the following good and sufficient reasons:

1. That on September 18, 2004, the defendant married one Vicki Jones.

2. That the defendant wishes to live with his wife.

3. That Vicki Jones has provided all information required of her by pre-trial services.

4. That pre-trial services and Assistant United States Attorney have no objection to Mr. Gray moving in with Vicki Jones at her address, subject to a prior house inspection to be conducted by pre-trial services.

                                     Respectfully Submitted,
                                     Spencer Gray
                                     By his attorney,

                                     _____
                                     Thomas J. Ford
                                     141 Tremont Street, Suite 400
                                     Boston, MA 02111
                                     (617) 542-6082
                                     BBO # 174640

Dated: November 15, 2004