UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-CR-10115-RCL |
| SPENCER GRAY, KARL LAWRENCE PRESCOTT, and KEVIN VICKERS, Defendants | ) ) ) ) ) | |

**GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from November 3, 2004 to and including January 25, 2005 (the date of the next scheduled status conference before the Court) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  James J. Cipoletta, Esquire, counsel for Defendant Vickers, assented to the delay in court on December 20, 2004.  Thomas J. Ford, Esquire and George F. Gormley, Esquire, counsel for Defendants Gray and Prescott, respectively, assented to the motion during telephone conversations with the undersigned on December 20 and 21, 2004.

The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                           By:   */s/ David G. Tobin*
                                        DAVID G. TOBIN
                                        Assistant U.S. Attorney

Dated:  December 21, 2004