UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>   v.   )<br>)<br>SPENCER GRAY, )<br>KARL LAWRENCE PRESCOTT, and )<br>KEVIN VICKERS )<br>) | CRIMINAL NO. 04-CR-10115-RCL |

**GOVERNMENT'S MOTION TO EXCLUDE TIME**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from January 25, 2005 to and including March 8, 2005 (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)). The case was before this Honorable Court for a status conference on January 25, 2005. At that time, counsel for the defendants asked the Court for an additional status conference date in order to allow time for pre-plea sentencing reports to be completed by United states Probation. The Court scheduled the next status conference for March 8, 2005. The requested delay is in the interests of justice and outweighs the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   */s/ David G. Tobin*
      DAVID G. TOBIN
      Assistant U.S. Attorney