UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America ) | |
| ) | No. 04-10115-RCL |
| v. ) | |
| ) | |
| Spencer Gray ) | |
| ) | |
| Defendant ) | |

## MEMORAMNDUM IN SUPPORT OF COMPENSATION IN EXCESS OF STATUTORY MAXIMUM

Appointed counsel submits this memorandum in support of his claim that compensation in excess of the statutory maximum is justified because the representation in this case was extended and the case itself was complex.

On or about April 8, 2004, a federal grand jury at Boston, Massachusetts returned a seven (7) count indictment, charging Spencer Gray and numerous co-defendants with distribution of cocaine base, in violation of Title 21 U.S.C., § 841(a)(1) and a Playground Zone Violation, in violation of Title 21 U.S.C. § 860(a) (Counts 1 and 7), Distribution of Cocaine Base, in violation of Title 21 U.S.C. § 841(a)(1), and a Playground Zone Violation, in violation of Title 21 U.S.C. § 860(a) and Aiding and Abetting, in violation of Title 18 U.S.C. §2 (Counts 2, 3, and 5) and Distribution of Cocaine Base, in violation of Title 21 U.S.C., § 841(a)(1) and Aiding and Abetting, in violation of Title 18 U.S.C. §2 (Counts 4 and 6). The defendant was named in Counts 2-7.

There was extensive discovery provided by the government, including video and audio tapes of numerous drug transactions by Spencer Gray and other co-defendants taken over a substantial period of time.

The defendant had essentially no criminal record and defense counsel worked diligently on having the defendant released prior to the plea or trial.

The defendant was in fact released after a detention hearing before Magistrate Bowler.

However, the defendant was brought back before Magistrate Bowler, at the request of Pretrial Services due to the fact that there were allegations of violations of conditions of release. The defendant was ultimately released on a bracelet.

After extensive review of discovery and legal research, the defendant submitted to a Pre-plea Presentence Investigation resulting in a Pre-plea Presentence Report.

It was determined that the defendant had met four of the five categories of Safety Valve eligibility, and the defendant was encouraged to make a proffer to the government to make him Safety Valve eligible. This was attempted, however did not succeed.

Further, extensive research was done regarding the penalties of crack versus powder cocane under the Unites States justice system.

Extensive time was spent meeting with the defendant, defendant's wife and family.

Ultimately, the defendant was sentenced to fifty-seven (57) months due to the fact that he was unable to cooperate during a proffer immediately prior to sentencing.

Extensive research was done in the area of Booker and Fan-Fan (cite omitted) regarding the guidelines.

Further research was conducted in the guideline area, both with a Safety Valve and without a Safety Valve.

Further research was done regarding the drug weight and the mandatory minimum.

Total time expended on this case was necessary to afford the defendant effective representation of counsel in a complex and extended case where the law was changing.

The court had indicated had the defendant cooperated, he would have been given close to the mandatory minimum of one (1) year, however defendant's refusal to cooperate resulted in a substantially longer sentence.

Respectfully submitted,
By his attorney,

Thomas J. Ford, BBO #174640
141 Tremont Street, Suite 400
Boston, MA 02111
(617) 542-6082
(617) 338-4244 Facsimile

Date: April 15, 2005

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE<br>MAX | 2. PERSON REPRESENTED<br>Gray, Spencer | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>1:04-010115-001 | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>U.S. v. Gray | 8. PAYMENT CATEGORY<br>Felony | 9. TYPE PERSON REPRESENTED<br>Adult Defendant | | 10. REPRESENTATION TYPE<br>(See Instructions)<br>Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 860A=CD.F -- DISTRIBUTE IN OR NEAR SCHOOLS/CONTROLLED SUBSTANCE

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix)
AND MAILING ADDRESS
FORD, THOMAS J.
141 Tremont Street
Suite 400
Boston MA 02111

Telephone Number: (617) 542-6082

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

13. COURT ORDER
☒ O Appointing Counsel    ☐ C Co-Counsel
☐ F Subs For Federal Defender    ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney    ☐ Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,
or
☐ Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
04/15/2004
Date of Order    Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.  ☐ YES  ☐ NO

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. In Court | | | | | |
| a. Arraignment and/or Plea 4/15/04 11/2/04 4/6/05 | 3.75 | | | | |
| b. Bail and Detention Hearings 6/24/04 | 1.25 | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings 4/12/05 | 1.25 | | | | |
| f. Revocation Hearings 10/6/04 | 1.00 | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) 8/2/04, 9/16/04, 1/25/5 | 3.75 | | | | |
| (Rate per hour = $ 90.00) TOTALS: | 11.00 | 990.00 | | | |
| 16. Out of Court | | | | | |
| a. Interviews and Conferences see hereto attached | 28.85 | | | | |
| b. Obtaining and reviewing records " " " | 28.50 | | | | |
| c. Legal research and brief writing " " " | 19.75 | | | | |
| d. Travel time " " " | | | | | |
| e. Investigative and Other work (Specify on additional sheets) | | | | | |
| (Rate per hour = $ ) TOTALS: | 77.10 | 6939.00 | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | 7929.00 | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM 4/15/04 TO 4/12/05

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS  ☒ Final Payment  ☐ Interim Payment Number ___  ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  ☐ YES  ☒ NO  If yes, were you paid?  ☐ YES  ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?  ☐ YES  ☒ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: _____  Date: 4/15/05

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

# TIME & BILLING

Case Name: USA v. Gray
Agreed Upon Rate: $90.00

| Date | Narrative | Time |
|---|---|---|
| 4/15/2004 | Initial appearance for both defendants - Spencer Gray & Carl Prescott; Conference with both defendants; Review of criminal records of both defendants; Conference with AUSA Hamilton & Tobin; Research; Review of indictment - all 7 counts; Conference with mother & girlfriend after hearing | 2.5 |
| 4/16/2004 | TC mother; TC Marshall's office; Review of file; Research | 1 |
| 4/22/2004 | Conference w/ AUSA Tobin; View video tape at US Atty's office; Conference w/ Tom O'Brien from pretrial services; Conference w/ family; Review of affidavits & attachments; Review of indictment w/ defendant; Review of client's record; Detention hearing before Magistrate Bowler; Research; Dictation of letter | 3.75 |
| 4/29/2004 | Conference with defendant; TC mother (x2); Conference with defendant - Pretrial Interview; Review of file; Research | 1.5 |
| 4/30/2004 | TC mother re: Thurs Pretrial Interview; Review of file; Research | 0.5 |
| 5/3/2004 | TC Pretrial office re: record; TC mother; Review of file; Research | 1 |
| 5/10/2004 | TC Probation Officer; TC mother; Review of file re: release | 1 |
| 5/13/2004 | TC Pretrial (x2); TC Vicky Jones x2; TC Lillian Jones (x2); Review of file | 0.5 |
| 5/14/2004 | Review of government's Motion for Protective Order & Protective Order; Research; Review of file; Review of discovery materials | 1.5 |
| 5/14/2004 | Review of Memorandum & government's order motion for detention (17 pages); Research re: same | 0.5 |
| 5/25/2004 | Review of discovery materials provided by the government | 2.5 |
| 6/1/2004 | Review of discovery provided by the government pursuant to CP 16 and Rules 116.1(c) and 116.2 | 1.5 |
| 6/11/2004 | Review of Assented-to Motion to exclude time; Review of memorandum and reported investigation (discovery); Furthur review of protective order; TC Judge Bowler's clerk; TC Vicki Jones x3 re: rescheduling detention hearing; further research re: discovery | 1.5 |
| 6/15/2004 | TC A.U.S.A; TC Clerk; TC Pretrial; TC girlfriend; Research | 1 |
| 6/17/2004 | TC Vicki Jones; Review of file, TC Pretrial | 0.35 |
| 6/21/2004 | TC Vicki Jones; TC former employer, TC probation officer Josh Ulrich; Review of file | 0.5 |
| 6/22/2004 | TC former employer; TC Girlfriend; Review of report from Pretrial Services re: being released on certain conditions | 0.5 |
| 6/23/2004 | Review of file - all matters, preparation for continuation of detention hearing; TC mother; TC girlfriend; TC Lillian Jones; TC A.D.A.; Research | 2.2 |

| | | |
|---|---|---|
| 6/24/2004 | Preparation for detention hearing; TC AUSA Tobin; TC Bob Riley; PTS; Review of correspondence from Donovan Walker and Michael Cronin; Review of affidavit of special agent; Hearing before Magistrate Bowler; Conference with family before and after hearing | 2.75 |
| 6/29/2004 | Further review of discovery materials | 1.75 |
| 7/21/2004 | Review of discovery materials; Research; TC client re: appointment and preparation for same | 1.5 |
| 8/2/2004 | Status conference before Bowler - case continued until Thursday, September 16 at 2:30pm for a final status conference; Prep for same | 1 |
| 8/3/2004 | Further review of discovery materials | 1.5 |
| 8/6/2004 | Office conference with client; Review of indictment, detention affidavit, and discovery materials; Review of file | 1.25 |
| 9/16/2004 | TC A.U.S.A. David Tobin; TC defendant; Review of file; Preparation for status conference; Research, appearance before Judge Bowler in court re: status conference - case continued until Nov. 2 further statuts, file motion for pre-plea presentence review | 2.25 |
| 9/24/2004 | Review of memorandum; Review of file; Research; Review of detention order | 1.5 |
| 9/28/2004 | Review of memorandum; Review of file; Research; Review of detention order | 1.25 |
| 10/5/2004 | Office conference with client; Review of memorandum re: probation violations; Research | 1 |
| 10/6/2004 | Review of file; Preparation for hearing; Appear before Magistrate Bowler re: conditions of probation; Conference with defendant and wife; Review of memorandum; Conference with probation officer Josh Ulrich; Research | 1.5 |
| 11/1/2004 | TC A.U.S.A.; TC Pre-trial; TC defendant (x2); TC defendant's girlfriend (x3); Review of file; Preparation of order of the court; Preparation for status conference | 2.75 |
| 11/2/2004 | TC client (x2); TC wife (x2); TC pre-trial (x1); TC A.U.S.A Dave Tobin (x1); Appear before Magistrate Bowler for arraignment and superceding indictment; Research for motion to dismiss; Interview with pre-trial re: conditions of release; Conference with defendant | 2.75 |
| 11/5/2004 | Review of Co-defendant Karl Prescott's motion to dismiss; Research; Review of co-defendant's motion pursuant to Fed R. Crim. P. 7d | 1.75 |
| 11/10/2004 | Research re: motion to dismiss indictment; TC Dave Tobin; TC John Riley; Review of file | 1.5 |
| 11/12/2004 | TC Pretrial (x2); Review of motions; Drafting of Motion, Pursuant to Fed. R. Crim. P. 7(d), to Strike Surplusage from the Superseding Indictment, Memo in Support of Defendan's Motion to Strike Surplusage from the Superseding Indictment, and Assented to Motion to Change Residence | 2.25 |
| 11/23/2004 | TC John Riley; Review of file; Research re: discovery | 1 |
| 11/29/2004 | Office conference with defendant; Probation interview with Kelly Foster at U.S. Probation Office | 3 |
| 12/17/2004 | TC Vicki Jones; Review of file; Review of form; Review of e-mail; Dictation of letter | 0.25 |
| 1/5/2005 | Review of Defendant's Approval for Presentence Investigation Before Conviction of a Plea of Guilty; Dictation of letter | 0.2 |
| 1/24/2005 | TC Client; Review of file; Preparation for status hearing; TC Probation officer; TC AUSA Dave Tobin; Research re: Booker | 1.25 |
| 1/25/2005 | Appearance in Federal District Court in before Judge Lindsay re: Status Conference; Case continued until March 8, 2005; Conference with co-counsel George Gormely; Research re: guidelines, safety valve, and Booker | 1.75 |
| 1/27/2005 | Review of Presentence Report; TC Probation Officer.; Research | 1.75 |

| Date | Description | Hours |
|---|---|---|
| 2/9/2005 | Further research re: Booker, Fan-Fan re: sentencing; Review of file; Research; TC Probation officer; Dictation of letter; Further review of Presentence Report | 2.5 |
| 3/3/2005 | Review of revised Presentence Report; Dictation of letter; Review of file; Research | 1.1 |
| 3/22/2005 | Review of United States Sentencing Commission Report re: crack cocaine v. powder cocaine (110 pages); Reveiw of guidelines; Office conference with Spencer Gray and mother; Research re: same | 3.75 |
| 3/24/2005 | Research re: sentencing; Reivew of file; Research re: cocaine v. crack-cocaine | 2.5 |
| 3/30/2005 | TC defendant (x2); Review of file | 0.75 |
| 3/31/2005 | Review of Presentence Report; Office conference with defendant; Review of letters; Dictation of letter to Judge; TC probation officer; Research; Preparation for sentencing - Sentencing continued at the request of the court until April 6, 2005 and 9 am; Review of U.S. Sentencing Commission Report re: powder cocaine v. crack cocaine | 3.25 |
| 4/5/2005 | Office conference with defendant; preparation for sentencing and plea; TC Dave Tobin (x2); TC U.S. Probation officer Kelly Foster (x2); Research re: safety valve, re: guidelines, re: cocaine and federal sentencign policy (106 pages) | 2.5 |
| 4/6/2005 | Review of materials; Preparation for plea and sentencing; Conference with defendant, mother, step-mother, and wife at U.S. District Court; Conference with A.U.S.A. Tobin; Plea before Judge Lindsay and argument re: custody; Sentencing continued until 4/12/2005 at 11:30am; Research | 3.75 |
| 4/8/2005 | Review of file; Preparation for Proffer and Sentencing; TC Kelly Foster; TC Dave Tobin; Research | 1.5 |
| 4/11/2005 | Review of file; Preparation for sentencing; TC AUSA David Tobin re: Proffer research; Review of presentence report | 1.25 |
| 4/12/2005 | TC Dave Tobin; Review of presentence report; Review of file in its entirety; Review of U.S. Sentencing Commission Report (105 pages); Conference with defendant (x2); Conference with AUSA and two case agents and Proffer meeting at the U.S. Attorney's office; Conference with wife and step-mother; Plea before Lindsay, J.; Conference with probation officer Kelly Foster; Sentencing | 4 |

Total 88.1
x $90.00 per hour
**Total** $7,929.00