AO 245B Sheet 1 - Judgment in a Criminal Case - D. Massachusetts (03/02)

# United States District Court
## District of Massachusetts

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| SPENCER GRAY | Case Number: 1: 04 CR 10115 - 001 - RCL |
| | Thomas Ford |
| | Defendant's Attorney |

**THE DEFENDANT:**
[x] pleaded guilty to count(s): 2s,3s,4s,5s,6s,7s
[ ] pleaded nolo contendere to counts(s) _____ which was accepted by the court.
[ ] was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC § 841(a)(1)860 | Possession with Intent to Distribute a Controlled Substance & | 11/14/03 | 2s-7s |
| 18 USC Section 2 | Playground Zone Violation & Aiding & Abetting | | |

[ ] See continuation page

The defendant is sentenced as provided in pages 2 through ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) _____ and is discharged as to such count(s).

[ ] Count(s) _____ is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

04/12/05

Defendant's Soc. Sec. No.: xxx-xx-9849    Date of Imposition of Judgment

Defendant's Date of Birth: 79

Signature of Judicial Officer

Defendant's USM No.: 25196-038

/s/The Honorable Reginald C. Lindsay

Defendant's Residence Address:    Name and Title of Judicial Officer

Judge, U.S. District Court

Date
5/2/05

Defendant's Mailing Address:

AO 245B Sheet 2 - Imprisonment - D. Massachusetts (10/01)

CASE NUMBER: **1: 04 CR 10115 - 001 - RCL**  Judgment - Page     of
DEFENDANT:

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of     57    month(s)

on each of counts 2s-7s, the sentence to run concurrent one count with the other

[x] The court makes the following recommendations to the Bureau of Prisons:

500 hour drug treatment program

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
  [ ] at _____ on _____
  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [ ] before _____ on _____
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal