UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
_____

No. 04-CR-10115-RCL
_____

UNITED STATE OF AMERICA

v.

SPENCER GRAY,
Defendant
_____

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel of record for the defendant Spencer Gray.

Respectfully submitted

/s/ Charles W. Rankin
_____
Charles W. Rankin
BBO No. 411780
Rankin & Sultan
151 Merrimac St.
Boston, MA 02114
(617) 720-0011

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on March 11, 2008.

/s/ Charles W. Rankin
_____
Charles W. Rankin