## ATTORNEY ASSIGNMENT REQUEST

Defendant: Spencer Gray

Case & Defendant Number: 04-10115-RCL

Date of Appointment: _____

Appointed by: _____

Attorney Withdrawn: _____

Date of Withdrawal: _____

Reason for Withdrawal: _____

Number of Counts: _____

Charge(s) and Cite(s): _____

Indictment: _____  Information: _____  Probation Revocation: _____

Number of Defendants: _____      Crack Cocaine Case

Judge Code: Cl 28

Special Instructions: Please appoint Charlie Rankin to take this case

_____
Deputy Clerk

Dated 3/10/08

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM**
**SUBMIT A COPY FOR DOCKETING**

Atty Assign Request.wpd

[attyreq.;kattyreq.]