AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of **MASSACHUSETTS**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| **SPENCER GRAY** | ) | Case No: **04-10115-RCL** |
| | ) | USM No: **25196-038** |
| Date of Previous Judgment: **May 2, 2005** | ) | **Charles W. Rankin** |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U S C § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **57 months** months is reduced to **time served**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: **25** | | Amended Offense Level: **23** | |
| Criminal History Category: **I** | | Criminal History Category: **I** | |
| Previous Guideline Range: **57** to **71** months | | Amended Guideline Range: **46** to **57** months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range
☐ Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated **May 2, 2005** shall remain in effect.
IT IS SO ORDERED.

Order Date: **March 14, 2008**

_____
Judge's signature

Effective Date: _____
(if different from order date)

_____
Printed name and title